# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT PATRICK OLSON,

      Petitioner,

                                        JUDGMENT IN A CIVIL CASE

v.                                         Case No. 12-cv-252-wmc

GARY HAMBLIN, Secretary,
Wisconsin Department of Corrections,

      Respondent.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that the petition of Scott Patrick Olson for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust state remedies.

_Peter Oppeneer_

Peter Oppeneer, Clerk of Court            OCT 2 6 2012

                                                  Date